UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERVIN R. JEANTY,<br><br>                               Petitioner,<br><br>    -against-<br><br>DANIEL F. MARTUCELLO, III; A. TORRES; DAVID HOOVLER; MARK C. DILLON; JOSEPH STANZIONE,<br><br>                              Respondents. | 24 CIVIL 9540 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 20, 2025
            New York, New York

                                                                  /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                            Chief United States District Judge